

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-15-00583-CV |
| Style: | The Honorable Mark Henry, County Judge of Galveston County |
| | **v.** The Honorable Lonnie Cox |
| Date motion filed*: | August 3, 2015 |
| Type of motion: | Motion to Abate the Due Date for the Appellant's Brief until the Court Rules on the Pending Motions to [1] Create Separate Docket Numbers for the Plea to Jurisdiction Appeal and the Temporary Injunction Appeal, and [2] Abate the Briefing Schedule in the Temporary Injunction Appeal,—or Alternatively, for Extension of Time to File Appellant's Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?    Yes

If motion to extend time:
    Original due date:    August 6, 2015
    Date Requested:    September 8, 2015

Ordered that motion is:

☒    **Granted in part**—Motion for Extension of Time to File Appellant's Brief

    If document is to be filed, document due:  **August 26, 2015**

    ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

☒    **Denied**—Motion to Abate the Due Date for the Appellant's Brief until the Court Rules on the Pending Motions to [1] Create Separate Docket Numbers for the Plea to Jurisdiction Appeal and the Temporary Injunction Appeal, and [2] Abate the Briefing Schedule in the Temporary Injunction Appeal

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

Appellant's Motion for Extension of Time to File Appellant's Brief is granted in part. Appellant's brief is due to be filed no later than August 26, 2015. *See* TEX. R. APP. P. 35.6(a), (d). Appellant's Motion to Abate Brief Due Date until the Court Rules on the Pending Motions to [1] Create Separate Docket Numbers for the Plea to Jurisdiction Appeal and the Temporary Injunction Appeal, and [2] Abate the Briefing Schedule in the Temporary Injunction Appeal is denied.

Judge's signature: /s/ Terry Jennings
    ☑ Acting individually    ☐ Acting for the Court

Date: August 6, 2015